PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**    ) | |
|                                ) | |
| vs.                            ) | **Docket Number:  1:05CR00161 OWW** |
|                                ) | |
| **LEOPOLDO ARENAS**             ) | |
|                                ) | |

On May 23, 2005, the above-named was placed on supervised release for a period of three years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Rick C. Tarazon

**RICK C. TARAZON
United States Probation Officer**

Dated:    11/05/2008
          Fresno, California


**REVIEWED BY:**    /s/ Hubert J. Alvarez
                  **HUBERT J. ALVAREZ
                  Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re: Leopoldo Arenas**
**Docket Number: 1:05CR00161 OWW**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   **November 26, 2008**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE